## Commonwealth ex rel. Strizziere, Appellant, *v.* Rundle.

Submitted September 13, 1971.  *Joseph R. Strizziere,* appellant, in propria persona; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Welsh *v.* Welsh, Appellant.

Argued September 17, 1971.  *Alexander A. DiSanti,* with him *Howard Richard,* and *Richard, Brian, DiSanti & Hamilton,* for appellant; *Ralph B. D'Iorio,* with him *Robert B. Surrick* and *Cramp, D'Iorio, McConchie & Surrick,* for appellee.

Order affirmed.

## Commonwealth ex rel. Whipp *v.* Whipp, Appellant.

Argued September 13, 1971.  *Anthony J. Giangiulio,* with him *Leigh P. Narducci,* and *Bean, DeAngelis, Kaufman & Giangiulio,* for appellant; *Emanuel A. Bertin,* and *Moss, Rounick & Hurowitz,* submitted a brief for appellee.

Order affirmed.